THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JEFFREY OLIVER, Defendant-Appellant.

(No. 72-246; 

Second District—May 24, 1974.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

William V. Hopf, State's Attorney, of Wheaton, for the People.